# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

FAYSAL ABDI MOHAMUD,

           Plaintiff,

v.

STEVEN RICE, *Field Office Director, U.S. Citizenship and Immigration Services, Minneapolis, Minnesota*; JOSEPH B. EDLOW, *Director, U.S. Citizenship and Immigration Services, Washington, D.C.*; MARKWAYNE MULLIN,[1] *Secretary, Department of Homeland Security, Washington, D.C.*; TODD BLANCHE,[2] *Attorney General, U.S. Department of Justice*,

           Defendants.

Case No. 26-cv-1917 (LMP/DLM)

**ORDER OF DISMISSAL**

This matter is before the Court on Plaintiff's Fed. R. Civ. P. 41(a) Dismissal (ECF No. 6). **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated: April 16, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge

---

[1] Markwayne Mullin is substituted for Kristi Noem pursuant to Fed. R. Civ. P. 25(d).

[2] Todd Blanche is substituted for Pamela Bondi pursuant to Fed. R. Civ. P. 25(d).